

CF   D.C.
ELECTRONIC

**Mar 31, 2011**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. **11-20233-CR-ALTONAGA/BROWN**

**18 U.S.C. § 1542**

UNITED STATES OF AMERICA

vs.

ELISHA LEO DAWKINS,

      **Defendant.**

_____ /


## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about April 3, 2006, in Miami-Dade County, in the Southern District of Florida, the

defendant,

### ELISHA LEO DAWKINS,

did knowingly and willfully make a false statement in an application for a passport with the intent

to induce and secure the issuance of a passport under the authority of the United States for his own

use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to

such laws, in that the defendant stated in said application that he had not previously applied for a

passport, when in truth and in fact, and as the defendant then and there well knew, he had previously

applied for a passport, in violation of Title 18, United States Code, Section 1542.

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

OLIVIA S. CHOE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

ELISHA LEO DAWKINS,

**Defendant.**
_____/

**CASE NO.** _____

# CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

| | | |
|---|---|---|
| X | Miami | ____ Key West |
| ____ | FTL | ____ WPB ____ FTP |

New Defendant(s)       Yes _____   No ____
Number of New Defendants _____
Total number of counts _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:      (Yes or No)     __No__
   List language and/or dialect     _____

4. This case will take     __2-3__     days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | __X__ | Petty | _____ |
| II | 6 to 10 days | _____ | Minor | _____ |
| III | 11 to 20 days | _____ | Misdem. | _____ |
| IV | 21 to 60 days | _____ | Felony | __X__ |
| V | 61 days and over | _____ | | |

6. Has this case been previously filed in this District Court? (Yes or No)     __No__
   If yes:
   Judge: _____     Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?     (Yes or No)     __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____     District of _____

   Is this a potential death penalty case? (Yes or No)     __No__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?     _____ Yes     __X__ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?     _____ Yes     __X__ No

OLIVIA S. CHOE
ASSISTANT UNITED STATES ATTORNEY
Court No. A5501503

*Penalty Sheet(s) attached

REV 4/8/08

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **ELISHA LEO DAWKINS**

**Case No**:

Count #: 1

False Statement in a Passport Application

Title 18, United States Code, Section 1542

**\* Max. Penalty**: 10 Years' Imprisonment

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**