UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20233-CR-ALTONAGA

UNITED STATES OF AMERICA

vs.

ELISHA LEO DAWKINS,

      **Defendant.**
_____/

## GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS

      Pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure and paragraph 4 of the Court's May 25, 2011 Order Setting Trial Date, the United States respectfully requests that the following voir dire questions be asked during jury selection, in addition to the standard questions asked by this Court in criminal trials.

      Respectfully submitted,

      WIFREDO A FERRER
      UNITED STATES ATTORNEY

By:   /s/ Olivia S. Choe
      Olivia S. Choe
      Assistant United States Attorney
      District Court No. A5501503
      99 Northeast 4th Street
      Miami, Florida 33132-2111
      Tel: (305) 961-9437
      Fax: (305) 530-7976
      Olivia.S.Choe@usdoj.gov

**PROPOSED VOIR DIRE QUESTIONS**

1. In this case, the defendant is charged with making a false statement in a passport application. Under the law, it is a crime to knowingly make a false statement in an application for a United States passport, and it does not matter whether the false statement concerned a material fact or not. Any false statement is a violation of the law. Do you believe that you would not be able to decide this case fairly because of the nature of the charge?

2. Do you have opinions about the way in which immigration officials treat illegal immigrants, or about the way in which the criminal justice system treats illegal immigrants, such that you would not be able to decide this case based solely upon the evidence presented at trial?

3. Have any of you heard or seen anything about this case in the media? If so, do you believe that the things you have heard may make it difficult for you to decide the case fairly? Please explain briefly.

4. Are you personally acquainted with the defendant, counsel for the Government or counsel for the defendant? If yes, please explain.

5. Are you acquainted with any of the government's witnesses, who may include: (a) Debra Clark, Passport Specialist, Miami Passport Agency; and (b) Sean Oman, Special Agent, Diplomatic Security, Department of State?

6. You may hear evidence relating to the defendant's military service in this case. Members of the military must follow our laws just like all other members of our society. Do you believe that you would have difficulty deciding this case fairly simply because the defendant served in the military?

7. Have you ever felt that you did not receive fair treatment in any dealing you may have had with the United States government? Please explain briefly.

8. This case was investigated by two branches of the State Department – the Miami Passport Agency and the Diplomatic Security Service. Have you ever had any dealings with the State Department or any other branch of the federal government that you feel might make it difficult for you to decide thise case fairly?

9. Have you ever had problems with obtaining a United States passport or other form of identification? Would your experiences make it difficult for you to decide this case fairly? Please explain briefly.

10. Have you ever been a juror before? If yes, where, when, and in what type of case (civil or criminal)? If yes, did the jury reach a verdict?

11. Have you or any member of your immediate family, close friends, or relatives ever been the victim of a crime? If yes, please explain.

12. Have you or any member of your immediate family ever participated in a criminal case as a defendant, witness for the defense, or in some other capacity? If yes, please explain.

13. Do you feel that you could not judge another human being for a criminal act, whether on religious, moral, personal or any other ground?

14. Have any of you, your close family or friends ever worked, either formally or informally, or applied for employment with, a law enforcement agency?

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 27, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                              /s/ Olivia S. Choe
                                              Olivia S. Choe
                                              Assistant United States Attorney