UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20233-CR-ALTONAGA

UNITED STATES OF AMERICA

vs.

ELISHA LEO DAWKINS,

Defendant.
_____/

## GOVERNMENT'S WITNESS LIST

The United States of America respectfully submits the following list of witnesses it may call during trial in the above-captioned matter:

1. Debra Clark, Passport Specialist, Miami Passport Agency

2. Sean Oman, Special Agent, Diplomatic Security

Respectfully submitted

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:  /s/ Olivia S. Choe_____
Olivia S. Choe
Assistant United States Attorney
District Court No. A5501503
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9437
Fax: (305) 530-7976
Olivia.S.Choe@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on June 27, 2011, I electronically filed the foregoing document

with the Clerk of the Court using CM/ECF.


/s/ Olivia S. Choe
Olivia S. Choe
Assistant United States Attorney